IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| ERNSCO PAUL, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CV 04-JEO-2884-M |
| ) | |
| JOHN D. ASHCROFT, U.S. ATTORNEY ) | |
| GENERAL, et al., ) | |
| ) | |
| Respondents. ) | |

## MEMORANDUM OPINION AND ORDER

The petitioner, Ernsco Paul, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. He seeks relief from deportation to Haiti.

On February 7, 2005, the respondents filed a motion to dismiss as moot. (Doc. 8). On January 24, 2005, the petitioner was repatriated to Haiti and therefore is no longer in the custody of the respondents. This matter, therefore, is moot. Accordingly, it is hereby **DISMISSED**.

**DONE**, this 17th day of February, 2005.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE